UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES HEATH,

            Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

           Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-2926 (FB)

BROOKLYN OFFICE

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on July 20, 2005, remanding the case to the Administrative Law Judge for further proceedings in accordance with the Court's Memorandum and Order of July 20, 2005; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is remanded to the Administrative Law Judge for further proceedings in accordance with the Court's Memorandum and Order of July 20, 2005.


Dated: Brooklyn, New York
       July 20, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court