SLR:OM/jr

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

CHARLES HEATH,

                    Plaintiff,

          -against-

JOANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.

- - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 07 2005 ☆

BROOKLYN OFFICE

STIPULATION AND ORDER
REGARDING ATTORNEY FEES

Civil Action
CV-04-2926

(Block, J.)

          IT IS HEREBY STIPULATED AND AGREED by and between

counsel for the Plaintiff and counsel for the Defendant, that

plaintiff's motion for attorney fees under the Equal Access to

Justice Act, 28 U.S.C. § 2412, is hereby withdrawn.

          IT IS FURTHER STIPULATED AND AGREED by and between

counsel for the Plaintiff and counsel for the Defendant, that

Plaintiff's counsel is hereby awarded $5,562.00 (Five Thousand

Five Hundred and Sixty Two Dollars and No Cents) in attorney

fees.  Such award is made in full satisfaction of his claim for

2

Heath v. Barnhart, CV-04-2926


attorney fees  pursuant to 28 U.S.C. § 2412, the Equal Access to

Justice Act.

Dated:   Brooklyn, New York
         November    , 2005


                               BINDER & BINDER, P.C.
                               Attorneys for Plaintiff
                               215 Park Avenue South, 6th Fl.
                               New York, New York 10003

                     By:    _____
                               CHARLES E. BINDER, ESQ. (CEB5989)
                               (212) 677-6801



Dated:   Brooklyn, New York
         November    , 2005


                               ROSLYNN R. MAUSKOPF
                               United States Attorney
                               Eastern District of New York
                               Attorney for Defendant
                               One Pierrepont Plaza, 14th floor
                               Brooklyn, New York  11201

                     By:    _____
                               ORELIA MERCHANT (OM /717 )
                               Assistant U.S. Attorney
                               (718) 254-6058


SO ORDERED:


_____
Honorable Frederic Block
United States District Chief Judge

            12\6\05